UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLINT MCELROY,

      Plaintiff,

v.                                                        Case No: 8:17-CV-18-T-27MAP

SANTANDER CONSUMER USA, INC.,

      Defendant.

_____/

### ORDER

      **BEFORE THE COURT** is the Joint Stipulation of Dismissal With Prejudice (Dkt. 7).

Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii). Clerk is directed to **CLOSE** the file.

      **DONE AND ORDERED** this _3rd_ day of October, 2017.

                                 _____
                                   JAMES D. WHITTEMORE
                                   **United States District Judge**

Copies to:
Counsel of Record